
FILED
MAR 18 2009
William B. Guthrie
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
    *Plaintiff,* )
)
v. ) No. CR 09-037-RAW
)
RODOLFO SANABRIA SANCHEZ, )
)
    *Defendant.* )

## INDICTMENT

The Federal Grand Jury charges:

**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) - Possession with Intent to Distribute Methamphetamine, a Schedule II Controlled Substance]**

On or about the 13th day of March, 2009, in Cherokee County, within the Eastern District of Oklahoma, the defendant, **RODOLFO SANABRIA SANCHEZ**, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

SHELDON J. SPERLING
United States Attorney

_____
RYAN M. ROBERTS, OBA #16433
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY