# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
         Plaintiff )
             )  Case No.:   CR-09-37-RAW
  **v.**           )  Proceeding: Motion Hearing
             )  Date:    04/17/09
RODOLFO SANABRIA SANCHEZ,  )
         Defendant )

## MOTION HEARING - MINUTE SHEET

Steven P. Shreder, Judge     E. Eller, Deputy Clerk    B. Neil, Court Reporter
                                FTR - Digital #4

Counsel for Plaintiff:  Gregory Dean Burris, AUSA
Counsel for Defendant: Donn Baker, Retained (w/ Deft present)
Interpreter: Ana Phillips  [X] Sworn

**Minutes**: Government requests court take judicial notice of the Search Warrant and Affidavit attached to Defendant's brief.

**WITNESSES:  (Government)**     **WITNESSES:  (Defendant)**
1. Curt Collins, ATF        1.

**EXHIBITS:  (Government)**      **EXHIBITS:  (Defendant)**
1. Audio CD (Admitted w/o obj.)   1.

**Additional Minutes**: Argument by the parties.  Court will take matter under advisement and issue an R&R.  Court notes that the case is currently set on the 6/1/09 trial docket.

Court Time: 33 Minutes