## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 09-CR-037-RAW |
| v. | ) |
| | ) |
| RODOLFO SANABRIA SANCHEZ, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEAL

COMES NOW the defendant, Rodolfo Sanabria Sanchez, by his attorney Neal B. Kirkpatrick, and appeals the judgement and sentence of the Court, entered in the above-styled cause on the 18th day of May, 2010, to the United States Court of Appeals for the Tenth Circuit.

Respectfully submitted,

/s Neal B. Kirkpatrick

NEAL B. KIRKPATRICK, OBA#22801
Attorney for Defendant
1861 East 15th Street
Tulsa, Oklahoma 74104
Tel. 918.747.4600
neal@nkattorney.com

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th Day of March, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and mailed, postage prepaid, a true and correct copy of the following or transmittal of a Notice of Electronic Filing to the following ECF registrant:

Hon. Dean Burris
dean.burris@usdoj.gov

Hon Ryan Walker
ryan.walker@usdoj.gov

Hon Donn Baker
donnfbaker@sbcglobal.net

                                        /s Neal B. Kirkpatrick